# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| LAKISKA CHATMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-1002-CV-W-DW |
| ) | |
| CITY OF KANSAS CITY, MISSOURI, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Stipulated Dismissal Without Prejudice (Doc. 9). Although titled as a stipulation, this "Notice" was not signed by Defendant. Accordingly, the Court will construe Plaintiff's filing as a motion for voluntary dismissal under Rule 41(a)(2). Defendant has not filed a response to the motion or otherwise objected to the dismissal of this action under the terms requested by Plaintiff. As Defendant has not objected to dismissal, its Counterclaim for Conversion and Negligence does not preclude dismissal under Rule 41(a)(2).

The Court DISMISSES this action *without prejudice*, the parties shall bear their own costs.

Date: June 20, 2007 /s/ Dean Whipple
DEAN WHIPPLE
UNITED STATES DISTRICT JUDGE

Date:_____                                         /s/ Dean Whipple
                                                Dean Whipple
                                         United States District Judge